UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    - v. -                        :

DAVID RAMIREZ,                   :

              Defendant.   :

- - - - - - - - - - - - - - - - - x



INDICTMENT

08 Cr.

**08 CRIM 022**

COUNT ONE

    The Grand Jury charges:

    From in or about February 2007, through in or about October 2007, in the Southern District of New York and elsewhere, DAVID RAMIREZ, the defendant, an individual required to register under the Sex Offender Registration and Notification Act, did travel in interstate commerce and unlawfully, willfully, and knowingly did fail to register and update a registration as required by the Sex Offender Registration and Notification Act, to wit, RAMIREZ moved from New York to Pennsylvania without registering as a sex offender with Pennsylvania's sex offender database, and without updating his information with New York's sex offender database, as required by law.

    (Title 18, United States Code, Section 2250.)

_____
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DAVID RAMIREZ,

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 2250.)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*   1/4/08   Foreperson.

---

1/4/08 - Filed Indictment. Case assigned to Judge Baer.

Pitman
U.S.M.J.